IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. |
| | ) |
| v. | ) COMPLAINT FOR VIOLATION OF |
| | ) TITLE 18, UNITED STATES |
| DAMON D. TAYLOR, | )  CODE, SECTION 922(g)(1) |
| | ) |
| Defendant. | ) |
| | ) |

BEFORE United States Magistrate Judge          United States District Court
Stephen L. Crocker                                            120 North Henry Street
                                                                        Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

On or about January 19, 2011, in the Western District of Wisconsin, the defendant,

DAMON D. TAYLOR,

after having previously been convicted of a crime punishable by imprisonment for a term

imprisonment exceeding one year by a court in the state of Wisconsin,  knowingly and

unlawfully possessed a firearm and ammunition which had been shipped and transported in

interstate commerce, specifically, a Taurus, 9mm pistol, Model PT 709, serial number

TCU611910 and a box of 50 rounds of Blazer 9mm ammunition.

(In violation of Title 18, United States Code, Section 922(g)(1)).

This complaint is based on the attached affidavit of Special Agent Jason Salerno,

Federal Bureau of Alcohol, Tobacco, Firearms and Explosives.

Jason Salerno, Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives.

Sworn to before me this _____20th_____ day of January 2011.

HONORABLE STEPHEN L. CROCKER
United States Magistrate Judge