IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) SEALED |
| DAMON D. TAYLOR, | ) Case No. 11-MJ-7 |
| Defendant. | ) |

AFFIDAVIT

STATE OF WISCONSIN)
                ) ss.
DANE COUNTY    )

Jason Salerno, being first duly sworn on oath, deposes and states as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since April 1999. I have personal knowledge of the facts set forth below, except where expressly stated.

2. I have reviewed computerized Wisconsin Circuit Court Access records detailing the criminal history for Damon D. Taylor, B/M, DOB: 03/22/1982. According to those records, Taylor was found guilty on October 3, 2005, to Vehicle Operator Flee/Elude Officer, a Class I felony, in Milwaukee County Circuit Court Case No. 2005CF003800, and was sentenced 16 months confinement and 20 months extended supervision; Taylor was found guilty on September 25, 2003, to Felon in Possession of a Firearm, a Class G felony, in Milwaukee County Case Number 2003CF003226, and sentenced to imprisonment for 36 months with confinement of 18 months and extended

supervision for 18 months; and Taylor was found guilty on March 19, 2003, to Forgery-Uttering, a Class C felony, in Milwaukee County Case Number 2002CF004346, and sentenced to imprisonment of two years with confinement of 1 year and extended supervision of 1 year. I have also reviewed a Wisconsin Department of Corrections Booking Photo of Taylor that shows a distinct tattoo on his forehead that goes down the left side of his face.

    3.    On January 18, 2011, Pat Wendling, owner of Monsoor's Sport Shop in La Crosse, Wisconsin, contacted the ATF Madison Field Office concerning a possible straw purchase of a Taurus pistol. Wendling explained that a B/M, later identified as Damon D. Taylor, had previously came into their store multiple times looking at handguns. Monsoor's employees described the B/M as having a tattoo on his forehead that went down the side of his face.    4.

According to my interview of Jeff Kostuch, a sales clerk at Monsoor's, on January 20, 2011, Taylor was in their store, shortly before January 15, 2011. Taylor had mentioned to Mr. Kostuch that he was interested in purchasing a handgun. Taylor was shown a handgun, which he handled, but once he was told the price, Taylor said it was too much. Taylor then looked at a Taurus 9mm pistol and liked the price. According to Kostuch, Taylor actually took the Taurus 9mm pistol, lifted up his shirt, and began putting the pistol in his waistband while commenting that it would fit nice. Taylor told Kostuch that he wanted to buy the pistol for his fiancé and wanted to know how to go about doing it. Kostuch then told him the procedure required to purchase the handgun including a

background check and the waiting period.

5. According to Jeff Kostuch, approximately two days later, Taylor returned to Monsoor's and walked to the same gun counter accompanied by a unknown black male. Taylor pointed out the Taurus to the back male and told him, in front of Kostuch, that this was the gun he was getting for his fiancé. Later, Kostuch told another Monsoor's employee, Steve Wendling, that the Taurus was the handgun that the person he later identified as Taylor was interested in buying.

6. According Steve Wendling, on January 15, 2011, Taylor again returned to their store with a person later identified as Olga L. Gallegos. Taylor told Wendling that she was his fiancé, and she was the person for whom he was going to purchase the Taurus 9mm pistol. Wendling saw Taylor hand Gallegos some money before she paid for it. At that time Wendling suspected a "straw purchase" and asked Gallegos if the Taurus 9mm pistol was for her, to which Taylor responded yes.

7. Steve Wendling explained and warned Gallegos as to what a straw purchase was, to which Gallegos stated that she understood and that the handgun was for her. Gallegos had provided Wendling with her cell phone number for them to call her when she had been approved for the transfer of the firearm. Wendling wrote Gallegos' phone number on the receipt. Wendling then left the counter to call the Wisconsin State handgun hotline to start the transfer process. When he returned, he noticed that Gallegos' number had been crossed out and the phone number (414) 519-2654 had been written on the firearm receipt.

3

8. On January 18, 2011, the La Crosse Police Department conducted a records search for the phone number (414) 519-2654. According to their records, the La Crosse Police Department had responded to a domestic violence incident that involved Taylor and he had provided the police with his cell number; (414) 519-2654. A booking photo of Taylor showed a distinct tattoo on his forehead. On January 20, 2011, a picture of Taylor was provided to Monsoor's and both Steve Wendling and Jeff Kostuch positively identified him as the B/M they had been describing. The La Crosse Police Department also reviewed the surveillance video and also identified the B/M as Taylor.

9. On January 19, 2011, ATF and the La Crosse Police Department set up surveillance at Monsoor's to further investigate the transfer of the handgun. ATF observed Taylor arrive with a W/F later identified as Ashley M. Bohnenkamp, and they parked the vehicle in Monsoor's parking lot. Gallegos later arrived at Monssor's by foot, met with Taylor at the vehicle, and she then entered Monsoor's. Gallegos later exited Monsoor's with a small pistol box, a box of ammunition, met with Taylor at the vehicle, and placed both the pistol box and the ammunition in the trunk of the vehicle. A traffic stop was then conducted on the vehicle and a Taurus, 9mm pistol, Model PT 709, serial number TCU611910 and a box of Blazer 9mm ammunition were recovered from the trunk of the vehicle.

10. On this same date, ATF interviewed Bohnenkamp who stated that she is Taylor's fiancé. According to Bohnenkamp, Taylor and her were at Monsoor's because Taylor was having Gallegos purchase a handgun and some ammunition for him. Bohnenkamp explained that both the handgun and the ammunition were placed in the

4

trunk of the vehicle.

11. On this same date, ATF interviewed Gallegos who stated that she is not engaged to Taylor and she had purchased a handgun and a box of ammunition for Taylor. Gallegos explained that she had placed both the handgun and the ammunition in the trunk of the vehicle.

12. According to Special Agent William Baudhuin, Bureau of Alcohol, Tobacco, Firearms, and Explosives, the Taurus 9mm pistol was manufactured in Brazil and the Blazer 9mm ammunition was manufactured in Idaho.

Dated this 20th day of January 2011.

_____
JASON SALERNO
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me this 20th day of January 2011.

_____
STEPHEN L. CROCKER
United States Magistrate Judge