# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>Damon D. Taylor,<br><br>Defendant. | DOCKET NO. | MAGISTRATE JUDGE CASE NO.<br><u>SEALED</u><br>11-MJ-7 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br><br>Damon D. Taylor | |

Warrant Issued on the Basis of:

[ ] Indictment    [ ] Order of Court    [ ] Information    [X] Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                                                                          City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

felon in possession

IN VIOLATION OF Title 18 U.S.C. Section 922(g)(1)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: [signature] Federal Judge/Magistrate Judge | Date Order: 1-20-11 |
|---|---|
| Clerk of Court:                    (By) Deputy Clerk | Date Issued: 1-20-11 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |

FILE COPY