UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                           Case No. 11-mj-7

DAMON D. TAYLOR,

      Defendant.
_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Damon D. Taylor, the defendant in the above-captioned matter, is represented by:

> Erika L. Bierma
> Federal Defender Services of Wisconsin, Inc.
> 222 West Washington Avenue, Suite 680
> Madison, Wisconsin 53703
> Telephone:  [608] 260-9900
> Facsimile:   [608] 260-9901

Dated at Madison, Wisconsin, this 21st day of January, 2011.

                                      Respectfully submitted,

                                      Damon D. Taylor, Defendant

                                      */s/ Erika L. Bierma*
                                      Erika L. Bierma

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
222 West Washington Avenue, Suite 680
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
erika_bierma@fd.org

      I certify that I have served the above document on the office of the United States Attorney by CM/ECF.

                                        */s/ Erika L. Bierma*
                                      Erika L. Bierma